UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.R. PETTWAY,

       Plaintiff(s),          CIVIL ACTION NO. 01-10206

  v.                               DISTRICT JUDGE DAVID M. LAWSON

                                      MAGISTRATE JUDGE R. STEVEN WHALEN

PAUL RENICO, STEVEN RIVARD, and
NEMUS GONZALES,

       Defendant(s).
_____/

## **AMENDED ORDER AS TO HEARING DATE ONLY**

     The Court having reviewed Defendant's Motion to Enlarge Response Time [Docket #78] and Plaintiff's response,

     IT IS ORDERED that Defendant's Motion is GRANTED IN PART.

     IT IS FURTHER ORDERED that the Scheduling Order entered on June 9, 2005, is amended as follows:

     Defendant shall file any motions objecting to Plaintiff's designated experts by **July 20, 2005**. Plaintiff shall file a response by **July 27, 2005**. A hearing on the motion shall take place before Magistrate Judge R. Steven Whalen, 662 Theodore Levin United States Courthouse, Detroit, MI on **August 16, 2005 at 2:30 p.m.**

     IT IS FURTHER ORDERED that Defendant shall file a response to Plaintiff's Motion to Compel Discovery Responses [Docket #77] on or before **July 27, 2005**. A hearing date on that motion will be set by the Court at a later time.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 15, 2005.

        s/Gina Wilson
        Judicial Assistant